IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                       HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Laura Galera                    Date: December 28, 2011
Court Reporter:  Paul Zuckerman
Probation Officer: Jan Woll
Interpreter: Cathy Bahr

Criminal Action No. 11-cr-00324-MSK

*Parties*:                                        *Counsel*:

UNITED STATES OF AMERICA,                         John Canedy

         Plaintiff,

v.

JESUS CABALLERO-PULES                             Matthew Belcher

         Defendant.

_____

                              SENTENCING MINUTES
_____

 **9:04 am.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing held on October 12, 2011.  Defendant pled guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

**ORDER:** Defendant's Motion for Downward Sentencing Variance (Doc. #18) is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:23 a.m.   Court in recess.**

Total Time:   00:19
Hearing concluded.